# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
LOWELL T. MANNING
P.O. BOX 187
Bedford, MA 01730

**WARRANT FOR ARREST**

CASE NUMBER: 04-1406-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LOWELL T. MANNING

and bring with him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  X Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with OPERATING UNDER THE INFLUENCE OF AN INTOXICATING LIQUOR

in violation of Title ____18____ United States Code, Section(s) ____13____

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

17 November 2004, HANSCOM AFB, MA
Date and Location

Bail fixed at $_____

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |