# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
LOWELL T. MANNING
P.O. BOX 187
Bedford, MA 01730

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 04-1406-CBS

YOU ARE HEREBY SUMMONED to appear before the UNITED STATES DISTRICT COURT at the place, date and time set forth below.

| Place UNITED STATES MAGISTRATE COURT<br>20 SCHILLING CIRCLE<br>HANSCOM AFB MA 01731-2125 | Room Building 1305,<br>Second Floor Courtroom |
|---|---|
| Before: | Date and Time<br>10 February 2005; 2:00 p.m. |

To answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __13__

Brief description of offense: Driving while under the influence of intoxicating liquor

**TO THE DEFENDANT:** Failure to appear will result in the issuance of a warrant for your arrest.

You will receive two copies of this notice — one by regular mail and one by certified mail.

_/s/ Charles B. Swartwood, III_
CHARLES B. SWARTWOOD, III
U.S. Magistrate Judge

_/s/ Michele Page_
MICHELE PAGE

17 November 2004
Date

CC: AUSA and Defendant