AO 245H   (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

_____   District of   _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) — Short Form |
| Lowell T. Manning | CASE NUMBER: 04-1406-CBS |
| | USM NUMBER: |
| | _____ |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| ■■■■■■ | ■■■■■■ | ■■■■■■ | ■■ |
| ■■■■■■ | ■■■■■■ | ■■■■■■ | ■■ |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| Total: | $ 15.00 | $ 850.00 |

Defendant's Soc. Sec. No.: 1474

Defendant's Date of Birth: 1960

3/10/2005
Date of Imposition of Judgment

_____
Signature of Judge

Defendant's Residence Address:

7 HILL ROAD
BEDFORD, MA 01730

Charles B. Swartwood            Chief Magistrate Judge
Name of Judge                    Title of Judge

3/14/2005
Date

Defendant's Mailing Address:

P.O. BOX
BEDFORD, MA 01730